# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRANDON LAMONT PIERCE,

                    Plaintiff,

                    v.

DR. KENNEDY.

                    Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-223-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion, ECF No. 15, is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| December 6, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |